Valerie **HESTER**, Plaintiff–Appellant,

v.

Elliott **ARMSTRONG; Paramount of Raleigh, LLC**, Defendants–Appellees,

and

**Pine Tree Villa Assisted Living Facility**, Defendant.

No. 08–1775.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 15, 2009.

Valerie Hester, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Valerie Hester appeals the district court's order granting the Defendants' motion to dismiss and dismissing Hester's complaint without prejudice for failure to properly serve process on the Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hester v. Armstrong*, No. 5:07–cv–00458–H (E.D.N.C. June 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*